United States District Court
Southern District of Texas
**ENTERED**
February 27, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KENNETH CESAR LUNA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-3221 |
| | § | |
| HOUSTON METHODIST HOSPITAL, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

On December 4, 2024, Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (Dkt. 12) was referred to United States Magistrate Judge Dena Palermo under 28 U.S.C. § 636(b)(1)(B). (Dkt. 21). Judge Palermo filed a Report and Recommendation on January 27, 2025, recommending that Defendant's motion to dismiss be **GRANTED**. (Dkt. 26).

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Palermo's Report and Recommendation (Dkt. 26) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)    Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1) (Dkt. 12) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

It is so **ORDERED**.

SIGNED and ENTERED this 27th day of February 2025.


_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE